## File Hashes for IP Address 73.163.73.32

**ISP:** Comcast Corporation
**Physical Location:** Baltimore, MD

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 12/31/2014 23:09:40 | EB06CEC9FE3929712B647BA17F7E7301F9DAC094 | First Time |
| 12/31/2014 23:06:57 | FA8D0B9F665E467C64781AC8DE24DD92BD2E79B0 | Double Oh Heaven |
| 12/30/2014 14:53:52 | DE24C3F03A30E1E0E3D7A2B66D4885E4A80D7549 | Still Mine |
| 12/30/2014 12:46:43 | 418612CDA063819CF12372355DCD2C2573FD0337 | Truth or Dare |
| 10/09/2014 12:21:58 | 1D7E74C33FAD4573A9D96C1F3EC14CD02445DD02 | Hot Bath For Two |
| 10/09/2014 11:56:26 | 1093CE2D9F99F39AFA62657F4FD35621CE1C0DEC | Kacey Jordan Does Xart |
| 10/09/2014 09:53:25 | 78C3190DCCA710786BCC4AB94D2499A285FE4F69 | Nice And Slow |
| 10/09/2014 09:47:15 | 1390FF0BBB9D66CCE99CEC4F2B1D3404F0E730FA | Sparks |
| 10/09/2014 07:54:00 | DA393152CDD6EC6C75F60E463CEA3C2C0C23FB13 | Cat Fight |
| 10/09/2014 07:28:35 | 0C485A86BB4EB968F1BDCD9D362FF25C98C72879 | Fun For Three |
| 09/09/2014 09:00:27 | BDEBC6312761D8E5223135F25155CE1730D74E5F | Tiffanys Tight Ass |
| 08/08/2014 05:48:24 | 52547B96DD0BDFB178E1718D81B159D10A5800C1 | Two By Two |
| 08/08/2014 04:32:30 | 6EC4EAC1DF8D6C9F6A7C69FB03130A8273DBACF2 | Epic Love |

**Total Statutory Claims Against Defendant: 13**

EXHIBIT A

MD428